UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROLANDO CHUMACEIRO,<br><br>Defendant. | **ORDER**<br><br>22 Cr. 20 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference on **May 17, 2022, at 11:30 a.m.**, to address Kevin J. Keating's motion to withdraw as counsel for Defendant Rolando Chumaceiro. (Dkt. No. 73) The conference will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Keating, Defendant Chumaceiro, and any replacement counsel will attend the conference. The Government need not attend.

Dated: New York, New York
       May 9, 2022

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge