UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROLANDO CHUMACEIRO,<br><br>                    Defendant. | **ORDER**<br><br>22 Cr. 20 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for June 1, 2022 will now take place at **2:30 p.m.** in Courtroom 705 of the Thurgood Marshal U.S. Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        May 31, 2022

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge