

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul G. Gardephe  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

August 4, 2022

<u>US v. Gulkarov et al (Rolando Chumaceiro)</u>  
22 CR 20

Your Honor:

My client, Roland Chumaceiro, requests permission to travel to Philadelphia, Pennsylvania for his daughter's wedding. He would be leaving August 17, 2022 and returning August 23, 2022. The Government consents to this requests. The details of Dr. Chumaceiro's lodging and exact whereabouts will be provided to Pre Trial Services.

Respectfully,  
/s/Matthew D. Myers  
Attorney for Dr. Chumaceiro

Cc: AUSA Mat Andrews

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: August 8, 2022