

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

November 15, 2022

<u>US v. Gulkarov et al (Rolando Chumaceiro)</u>
22 CR 20

Your Honor:

    My client, Roland Chumaceiro, requests permission to travel to Philadelphia, Pennsylvania for Thanksgiving with his daughter from November 19, 2022 to November 23, 2022. Additionally, he requests permission to travel to Washington, DC to meet the remainder of his family for the holidays from November 23, 2022 to November 30, 2022. The defendant's Pre-Trial Officer has no objection. The Government consents to the requests.

Respectfully,
/s/Matthew D. Myers
Attorney for Dr. Chumaceiro

Cc: AUSA Mat Andrews

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
Dated: Nov. 16, 2022

N • Y • C