

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY: ECF  
Hon. Paul G. Gardephe  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007  

December 18, 2022

<u>US v. Gulkarov et al (Rolando Chumaceiro)</u>  
22 CR 20

Your Honor:

My client, Roland Chumaceiro, requests permission to travel to Philadelphia, Pennsylvania and Washington, DC for the Christmas holidays to visit his daughters from December 23-28, 2022. He has furnished the exact addresses where he will be staying with his Pre-Trial officer. The defendant's Pre-Trial Officer has no objection to this request. The Government consents to the request.

Respectfully,  
/s/Matthew D. Myers  
Attorney for Dr. Chumaceiro

cc: AUSA Mat Andrews

**MEMO ENDORSED**  
**The Application is granted.**  
**SO ORDERED:**

*Paul S. Gardephe*  
**Paul G. Gardephe, U.S.D.J.**  
Dated: December 19, 2022

N ♦ Y ♦ C