

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

February 10, 2023

<u>US v. Gulkarov et al (Rolando Chumaceiro)</u>
22 CR 20

Your Honor:

I represent the above mentioned defendant. Mr. Roland Chumaceiro's conditions of release included the requirement that two financially responsible persons, besides the defendant, sign the bond. Recently, one of those persons has asked to be removed because it is creating financial complications for him. In light of the fact that Mr. Chumaciero has been fully compliant with all conditions of release we are asking that the defendant's signature and his daughter's signature be designated as sufficient for the bond along with the other usual conditions.

The Government does not object to our application.

Respectfully,
/s/Matthew D. Myers
Attorney for Dr. Chumaceiro

Cc: AUSA Mat Andrews

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
Dated: Feb. 15 2023

N ◊ Y ◊ C