

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY: ECF
Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

July 10, 2023

<u>US v. Gulkarov et al (Rolando Chumaceiro)</u>
22 CR 20

Your Honor:

 My client, Roland Chumaceiro, requests permission to travel to Washington, DC for an employment conference. He has furnished the exact addresses where he will be staying to his Pre-Trial officer. The defendant's Pre-Trial Officer has no objection to this request. The Government consents to the request.

Respectfully,
/s/Matthew D. Myers
Attorney for Dr. Chumaceiro

cc: AUSA Mat Andrews

**MEMO ENDORSED:** The application is denied. Any renewed application will state the proposed dates of travel. The Clerk of Court is directed to terminate the motion (Dkt. No. 248).

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: July 14, 2023

N • Y • C