

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul G. Gardephe  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

December 20, 2023

<u>US v. Gulkarov et al (Rolando Chumaceiro)</u>  
22 CR 20 (PGG)

Your Honor:

    My client, Roland Chumaceiro, requests permission to travel to Philadelphia, PA from December 20, 2023 to December 26, 2023 to visit his daughter who is giving birth to the defendant's first grandchild.  He has furnished the exact address where he will be staying to his Pre-Trial officer.  The defendant's Pre-Trial officer has no objection to this request.  The Government consents to the request.

Respectfully,  
/s/Matthew D. Myers  
Attorney for Dr. Chumaceiro

Cc: AUSA Mat Andrews

**MEMO ENDORSED**  
The Application is granted.  
SO ORDERED:

*Paul S. Gardephe*  
Paul G. Gardephe, U.S.D.J.

Date: December 20, 2023

N • Y • C