

**Myers & Galiardo, LLP** | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

April 18, 2024

<u>US v. Gulkarov et al (Rolando Chumaceiro)</u>
22 CR 20

Your Honor:

My client, Roland Chumaceiro, requests permission to travel from April 21, 2024 to April 22, 2024 to Philadelphia, PA for the christening of his granddaughter. He has furnished the exact address where he will be staying to his Pre-Trial officer. The defendant's Pre-Trial officer has no objection to this request. The Government consents to the request.

Respectfully,
/s/Matthew D. Myers
Attorney for Dr. Chumaceiro

Cc: AUSA Mat Andrews

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*Paul S. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Date: April 19, 2024

N • Y • C