

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul G. Gardephe  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

October 18, 2024

<u>US v. Gulkarov et al (Rolando Chumaceiro)</u>  
22 CR 20

Your Honor:

    My client, Roland Chumaceiro, requests permission to travel from October 31, 2024 to November 3, 2024 to visit his only grandchild. Additionally, Dr. Chumaceiro asks permission to travel to the same location at Thanksgiving from November 27, 2024 to December 1, 2024. He has furnished the exact address where he will be staying to his Pre-Trial officer. The defendant's Pre-Trial officer has no objection to this request. The Government consents to the request.

                          Respectfully,  
                          /s/Matthew D. Myers  
                          Attorney for Dr. Chumaceiro

Cc: AUSA Mat Andrews

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*  
Paul G. Gardephe, U.S.D.J.

Dated: Oct 28, 2024