UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROLANDO CHUMACEIRO,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of the Defendant will take place on **March 6, 2025 at 2:00 p.m**. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    Any submissions on behalf of the Defendant are due on **February 13, 2025**, and the Government's sentencing submission is due on **February 20, 2025**.

Dated:  New York, New York
         December 19, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge