

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

December 6, 2024

<u>US v. Gulkarov et al (Rolando Chumaceiro)</u>
22 CR 20

Your Honor:

My client, Roland Chumaceiro, requests permission to travel from December 20, 2024 to December 26, 2024. He will be visiting family members for the holiday as well as attending his grandson's first birthday in Havertown, Pennsylvania with the Court's permission. He has furnished the exact address where he will be staying to his Pre-Trial officer. The defendant's Pre-Trial officer has no objection to this request. The Government consents to the request.

Respectfully,
/s/Matthew D. Myers
Attorney for Dr. Chumaceiro

Cc: AUSA Mat Andrews

MEMO ENDORSED

The Application is granted.

SO ORDERED:
/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: December 20, 2024

N • Y • C