

January 7, 2025

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Albert Aronov*, 22 Cr. 20 (PGG)

Dear Judge Gardephe:

    I represented defendant Albert Aronov in the above-referenced criminal case. Mr. Aronov is currently on supervised release. On his behalf, I respectfully request that his passport be returned to him. It is currently in the possession of his Pretrial Services Officer who asks that we seek a court order to facilitate its return. Mr. Aronov's current Probation Officer does not object to this request nor does the government.

    We thank the Court in advance for its consideration of this matter.

                              Respectfully submitted,

                              /s/

                            Dawn M. Cardi
                            *Attorney for defendant Albert Aronov*