UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROLANDO CHUMACEIRO,<br><br>                    Defendant. | **ORDER**<br><br>22 Cr. 20 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Chumaceiro is scheduled for sentencing on April 9, 2025, at 2:00 p.m. In an April 1, 2025 letter to the Court (at p. 5), the Government states that the Defendant "engaged in the above-described obstruction." But the Government's letter does not discuss any "obstruction" that the Defendant engaged in, whether in 2021 or at any earlier point. By **5:00 p.m. on April 8, 2025,** the Government will submit a supplemental letter explaining its reference to the "obstruction" that the Defendant engaged in.

Dated: New York, New York
      April 7, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge