UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

UNITED STATES OF AMERICA

    - v. -

ROLANDO CHUMACEIRO,

    Defendant.

------------------------------- X

<u>ORDER OF RESTITUTION</u>

S1 22 Cr. 20 (PGG)

Upon the application of the United States of America, by its attorney, Matthew Podolsky, Acting United States Attorney for the Southern District of New York, Mathew Andrews, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

ROLANDO CHUMACEIRO, the defendant, shall pay restitution in the total amount of $5,000,000, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664 to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

    A.    **Joint and Several Liability**

Restitution is joint and several with defendants Alexander Gulkarov, Roman Israilov, Peter Khaimov, and Anthony Dipietro, in 22 Cr. 20 (PGG).

### B. Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of at least ten percent of the defendant's gross income, payable on the fifteenth day of each month.

While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

### 3. Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money

2023.2.16                                                                 2

orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or

disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

_April 9, 2025_
DATE

## Schedule A

## US v. ROLANDO CHUMACEIRO, S1 22 Cr. 20 (PGG)

## To Be Filed Under Seal

| NAME | AMOUNT OWED | ADDRESS |
|---|---|---|
| Farmers Insurance Exchange | $95,255.19 | Attn: Sandra Keene<br>6301 Owensmouth Avenue<br>Woodland Hills, Los Angeles, California, 91367 |
| State Farm Automobile Insurance Company<br><br>Attorney:<br>Jonathan Marks<br>Katten Muchin Rosenman LLP<br>jonathan.marks@katten.com<br>+1.312.902.5337 direct | $921,575.33 | Attn: Jonathan Marks<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693 |
| New York Central Mutual Fire Insurance Company | $31,676.88 | Attn: Cynthia Winton<br>PO Box 1000<br>Sherburne, NY 13460 |
| Nationwide Mutual Insurance Company | $109,288.44 | Attn: Brian Cook<br>One Nationwide, Columbus, OH, 43214 |
| Liberty Mutual Insurance Company | $108,301.73 | Michael A. Callinan, Esq.<br>3361 Park Avenue – Suite 104<br>Wantagh, New York 11793 |
| Government Employees Insurance Company<br><br>Attorney:<br>Barry Levy<br>Barry.Levy@rivkin.com<br>926 RXR Plaza<br>Uniondale, NY, 11556 | $1,565,590.66 | Barry Levy<br>926 RXR Plaza<br>Uniondale, NY, 11556 |
| United Services Automobile Association | $152,416.75 | Attn: Reid Caster<br>9800 Fredericksburg Road, San Antonio, Texas 78288 |
| Allstate Insurance Company | $1,279,294.92 | Attn: Michael Flaherty<br>3100 Sanders Road Northbrook, IL 60062 |

| NAME | AMOUNT OWED | ADDRESS |
|---|---|---|
| Connect Insurance Company | $3,888.75 | Attn: Richard Baker, Jr.<br>6000 American Parkway, Madison, WI 53783 |
| Country-Wide Insurance Company | $615,490.06 | Attn: Nicholas Filacouris<br>40 Wall Street, New York, NY 10005 |
| Plymouth Rock Management Company of New Jersey | $14,464.02 | Attn: Edward Stevens<br>581 Main Street, Woodbridge, New Jersey, 07095 |
| Plymouth Rock Assurance Corporation | $7,021.10 | Attn: Travis Miller<br>1 Maiden Ln, New York, NY 10038 |
| National General Insurance | $95,736.17 | Attn: Jim Schroeder<br>5630 University Pkwy Winston-Salem, NC 27105 |