**M&G**

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul G. Gardephe  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

June 2, 2025

<u>US v. Gulkarov et al (Rolando Chumaceiro)</u>  
22 CR 20

Your Honor:

My client, Roland Chumaceiro, makes a final request for permission to travel from June 7th, 2025 to June 15, 2025 before he surrenders on July 31, 2025. He will be visiting his daughter in Philadelphia, Pennsylvania with the Court's permission. Additionally he must move his belongings to his daughter's residence in Washington, DC having been forced to relocate his wife. He has furnished the exact addresses where he will be staying to Pre-Trial Officer Harris who has no objection to this request. The Government consents to the request.

Respectfully,  
/s/Matthew D. Myers  
Attorney for Dr. Chumaceiro

Cc: AUSA Mat Andrews

N • Y • C

**MEMO ENDORSED**  
The Application is granted.  
SO ORDERED:

*Paul Gardephe*  
Paul G. Gardephe, U.S.D.J.  
Dated: June 5, 2025