**M&G**

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul G. Gardephe                    February 19, 2026
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

<u>US v. Gulkarov et al (Rolando Chumaceiro)</u>
22 CR 20

Your Honor:

My client, Roland Chumaceiro, has been released from the Otisville Camp this week. He is asking that his United States Passport be returned to him from the Pre Trial Office in SDNY.

A Pre Trial Services Officer reached out to me concerning Mr. Chumaceiro's passport. As per office policy Pre Trial Services is asking that I provide a court order before the passport is returned to Mr. Chumaceiro. We hereby ask for this Court to order that the passport be returned to Mr. Chumaceiro.

Thank-you for your consideration of this matter.

**MEMO ENDORSED:** The application is granted.
The Pretrial Services Office is directed to return
Defendant Chumaceiro's United States passport to
Defendant Chumaceiro.

Respectfully,
/s/Matthew D. Myers
Attorney for Dr. Chumaceiro

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge
Dated: February 20, 2026

N • Y • C